CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fisheries Survival Fund )
)
)
)
            Plaintiff )
vs )   Civil Action No._____
)
The Honorable Carlos Gutierrez )
in his official capacity as the Secretary )
of Commerce )
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Fisheries Survival Fund__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Fisheries Survival Fund__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

_Attorney of Record_
_/s/ Signature_

414170
BAR IDENTIFICATION NO.

David E. Frulla
Print Name

3050 K Street, N.W.- Suite 400
Address

Washington, DC     20007
City      State      Zip Code

202.342.8648
Phone Number