AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fisheries Survival Fund

V.

The Honorable Carlos Gutierrez, in his
Official Capacity as Secretary of Commerce

**SUMMONS IN A CIVIL CASE**

CASE: Case: 1:07-cv-01220
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/6/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney Kenneth L. Wainstein
United States Department of Justice - Judiciary Center Building
555 Forth Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley, Drye, & Warren LLP
3050 K Street, NW - Suite 400
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JUL -6 2007
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Fisheries Survival Fund

vs.

The Honorable Carlos Gutierrez, in the Official Capacity as Secretary of Commerce

No. 1:07-CV-01220 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint for Injunctive and Declaratory Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:44 pm on July 9, 2007, I served United States Attorney Kenneth L. Wainstein at United States Department of Justice, Judiciary Center Building, 501 3rd Street, NW, Suite 4500, Washington, DC 20530 by serving Gary Nails, Document Clerk, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'9"
HAIR-    BLACK
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-10-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190835