AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fisheries Survival Fund

**SUMMONS IN A CIVIL CASE**

V.

The Honorable Carlos Gutierrez, in his
Official Capacity as Secretary of Commerce

CASE N

Case: 1:07-cv-01220
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/6/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Honorable Carlos Gutierrez
United States Department of Commerce
1401 Constitution Avenue, NW
Washington D.C.  20230

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley, Drye, & Warren LLP
3050 K Street, NW, Suite 400
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL - 6 2007

CLERK

DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Fisheries Survival Fund

vs.

The Honorable Carlos Gutierrez, in the Official Capacity as
Secretary of Commerce


No. 1:07-CV-01220 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


    I, DANIEL F. PORTNOY, having been duly authorized to make
service of the Summons and Complaint for Injunctive and Declaratory
Relief in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:29 pm on July 9, 2007, I served Honorable Carlos
Gutierrez at United States Department of Commerce, 1401 Constitution
Avenue, NW, Washington, DC 20230 by serving Michael McCoy,
Confidential Assistant to the General Counsel, authorized to accept.
Described herein:

```
    SEX-  MALE
    AGE-  35
 HEIGHT-  5'6"
   HAIR-  BROWN
 WEIGHT-  160
   RACE-  WHITE
```

    I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Affidavit of Service is true and correct.


Executed on ___7-10-07___
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190834