AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Fisheries Survival Fund

V.

The Honorable Carlos Gutierrez, in his Official Capacity as Secretary of Commerce

**SUMMONS IN A CIVIL CASE**

CASE    Case: 1:07-cv-01220
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/6/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Alberto R. Gonzales
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC   20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Frulla
Kelley, Drye, & Warren, LLP
3050 K Street, NW, Suite 400
Washington, D.C.   20007

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              JUL - 6 2007
CLERK                                 DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Fisheries Survival Fund

vs.

The Honorable Carlos Gutierrez, in the Official Capacity as Secretary of Commerce

No. 1:07-CV-01220 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons and Complaint for Injunctive and Declaratory Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:58 pm on July 9, 2007, I served Attorney General Alberto R. Gonzales at United States Department of Justice, 950 Pennsylvania Avenue, NW, BLL-206, Washington, DC 20530-0001 by serving Willo Lee, General Clerk, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   58
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   175
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7-10-07
            Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190830