UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 07-01220 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT MEET AND CONFER REPORT AND
PROPOSED CASE MANAGEMENT PLAN

Plaintiff and Defendant have met and conferred as required by this Court's Order of September 7, 2007 (Dkt. 7), and LCvR 16.3 and Fed. R. Civ. P. 26(f), as amended, and provide the following joint report.  Plaintiff has alleged that National Marine Fisheries Service's ("NMFS's") rule regarding the use of chain mats on sea scallop dredges in the mid-Atlantic sea scallop fishery to protect sea turtles was improperly issued and substantively flawed.  The challenged rule is effective from May 1 until November 30 of each year.  Defendant denies Plaintiff's allegations.  However, NMFS intends to propose a rule to replace the existing rule regarding the use of chain mats by November 9, 2007.  Accordingly, the Parties have agreed to the following proposal for managing the litigation.

      (1)    This litigation will be stayed until April 1, 2008;

      (2)    NMFS will file the administrative record for the existing rule on or before November 9, 2007;

      (3)    The Parties will file a status report on April 1, 2008, informing the Court whether

        they mutually agree to continue the stay;

(4)      If the new final rule is issued before April 1, 2008, Plaintiff will promptly either dismiss its Complaint or seek leave to amend its Complaint to challenge the new rule;

(5)      If a new rule is not issued or if Plaintiff elects to challenge any new rule that is issued, the Parties will file, a Second Status Report on or before April 15, 2008, that addresses the information required by this Court's September 7, 2007 Order; and

(6)      If NMFS does not file a proposed chain mat rule with the Office of the Federal Register on or before November 9, 2007, Plaintiff reserves the right to ask the Court to lift the stay.

Respectfully submitted this 12th day of October, 2007.

| | |
|---|---|
| /s/ David E. Frulla by permission<br>David E. Frulla<br>(D.C. Bar. No. 414170)<br>Shaun M. Gehan<br>(D.C. Bar No. 483720)<br>Kelley Drye & Warren LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C. 20007<br>(202) 342-8400 (ph)<br>(202) 342-8451<br>dfrulla@kelleydrye.com<br>sgehan@kelleydrye.com<br><br>*Attorneys for Plaintiff* | RONALD J. TENPAS<br>Acting Assistant Attorney General<br><br>LISA RUSSELL<br>Assistant Section Chief<br><br>/s /Robert L. Gulley<br>ROBERT L. GULLEY<br>(D.C. Bar. No. 394061)<br>Senior Trial Attorney<br>Wildlife & Marine<br>    Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, DC 20044-7369<br>(202) 305-0500 (ph)<br>(202) 305-0275 (fx)<br>robert.gulley@usdoj.gov<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was e-filed on October 12, 2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                                    */s/ Robert Gulley*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CARLOS GUTIERREZ, in his official capacity as  )<br>Secretary of Commerce,  )<br>)<br>Defendant.  )<br>) | Civil No. 07-01220 (EGS) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Meet and Confer Report and Proposed Case Management Plan, it is hereby ORDERED this ___ day of _____, 2007, that the case is stayed until April 1, 2008, subject to the terms of the proposed case management plan.

Dated: _____        _____
                                                                                    Hon. Emmet G. Sullivan
                                                                                    United States District Judge