UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FISHERIES SURVIVAL FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1220 |
| v. | ) | (EGS) |
| | ) | |
| CARLOS GUTIERREZ, | ) | |
| in his official capacity as | ) | |
| Secretary of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' Joint Meet and Confer Report and Proposed Case Management plan, it is by the Court hereby

**ORDERED** that this litigation will be stayed until April 1, 2008; and it is

**FURTHER ORDERED** that the National Marine Fisheries Service (NMFS) will file the administrative record for the existing chain mat rule on or before November 9, 2007; and it is

**FURTHER ORDERED** that the parties will file a status report on April 1, 2008, informing the Court whether they mutually agree to continue the stay; and it is

**FURTHER ORDERED** that if the new final rule is issued before April 1, 2008, plaintiff will promptly either dismiss its complaint or seek leave to amend its complaint to challenge the

new rule; and it is

**FURTHER ORDERED** that if a new rule is not issued or if plaintiff elects to challenge any new rule that is issued, the parties will file a Second Status Report on or before April 15, 2008, that addresses the information required by this Court's September 7, 2007 Order.  The parties agree that if NMFS does not file a proposed chain mat rule with the Office of the Federal Register on or before November 9, 2007, plaintiff reserves the right to ask the Court to lift the stay.

**SO ORDERED.**

**Signed by:**     **Emmet G. Sullivan**
**United States District Judge**
**October 15, 2007**