UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,<br><br>      Plaintiff,<br><br>      v.<br><br>CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce,<br><br>      Defendant. | Civil No. 07-01220 (EGS) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Notice is hereby provided to the Court and the plaintiff that, on November 7, 2007, Defendant filed with this Court the administrative record for the above-captioned matter. Pursuant to Local Civil Rule 5.4(e)(1)(A), the administrative record will not be filed using the Court's Electronic Case Filing system because it exceeds 500 pages. Instead, Defendant files with the Court today two electronic copies of the record and two copies of a video tape that is part of the record. The electronic copy includes an index and certification of the administrative record. One electronic copy and video is for filing, and the other copy and video is for Judge Sullivan's chambers. A copy of the administrative record is being provided today to Plaintiff's counsel by overnight mail.

Respectfully submitted this 7th day of November, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

LISA RUSSELL
Assistant Section Chief

/s Robert L. Gulley
_____

ROBERT L. GULLEY
Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0500 (ph)
(202) 305-0275 (fx)
robert.gulley@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on November 7, 2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

*s/ Robert L. Gulley*