UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil No. 07-01220 (EGS) |
| | ) |
| CARLOS GUTIERREZ, in his official capacity as | ) |
| Secretary of Commerce, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that ROBERT L. GULLEY is WITHDRAWING as counsel

for the Federal Defendants in the above-captioned case.  Lisa Russell will continue to represent

the Federal Defendants in this matter.

Respectfully submitted this 13th day of December, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General

LISA RUSSELL
Assistant Section Chief

/s Robert L. Gulley
_____

ROBERT L. GULLEY
Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0500 (ph)
(202) 305-0275 (fx)
robert.gulley@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on December 13,  2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

_s/ Robert L. Gulley_