UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,           )<br>                                                            )<br>            Plaintiff,                         )<br>                                                            )<br>      v.                                             )<br>                                                            )<br>CARLOS GUTIERREZ, in his official capacity as  )<br>Secretary of Commerce,                )<br>                                                            )<br>            Defendant.                     )<br>                                                            ) | Civil No. 07-01220 (EGS) |

**NOTICE OF APPEARANCE**

On behalf of Defendant Carlos Gutierrez, in his official capacity as Secretary of Commerce, the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this matter. Ms. Riley's contact information is as follows:

<u>U.S. Mail</u>
U.S. Department of Justice
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

<u>Telephone</u>
202-305-0202

<u>Facsimile</u>
202-305-0275

<u>Overnight or Hand Delivery</u>
U.S. Department of Justice
Wildlife & Marine Resources Section
601 D Street, N.W., Room 3033
Washington, D.C. 20004

<u>Electronic Mail</u>
rebecca.riley@usdoj.gov

Dated this 8th day of April, 2008.        Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
JEAN WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


  /s/ Rebecca J. Riley
REBECCA J. RILEY, Trial Attorney
IL Bar No. 6284356
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Federal Defendants