UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLOS GUTIERREZ, in his official capacity as<br>Secretary of Commerce,<br><br>   Defendant. | Civil No. 07-01220 (EGS) |

**FISHERIES SURVIVAL FUND'S MOTION FOR EXTENSION OF STAY
AND FOR ADDITIONAL TIME TO FILE JOINT STATUS REPORT**

On April 10, 2008, by Minute Order, this Court ordered that the case be stayed until May 15, 2008, and for the parties to submit a joint case management plan by May 29, 2008. By this filing, Plaintiff Fisheries Survival Fund ("FSF") respectfully moves this Court to continue the stay and reset the deadline for filing the joint status report to June 16, 2008. FSF has conferred with Defendant regarding this Motion. The Secretary has indicated that he does not oppose this Motion.

As noted in the parties' Joint Stipulation of April 8, 2008 (Doc. No. 13), Defendant issued a new rule on April 2, 2008, in accordance with the Joint Meet and Confer Statement and Proposed Case Management Plan of October 12, 2007 (Doc. No. 8). Plaintiff has reviewed the new rule and s endeavoring to come to resolution of one particular issue of concern with the Defendant. FSF, therefore, respectfully requests additional time to continue these discussions and hopefully resolve the remaining outstanding issue without the need for further litigation.

For the reasons enumerated above, FSF respectfully requests that the Court grant this

Motion.

Respectfully submitted this 14th day of May, 2008.

/s/ _____
David E. Frulla
(D.C. Bar. No. 414170)
Shaun M. Gehan
(D.C. Bar No. 483720)
Kelley Drye & Warren LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8400 (ph)
(202) 342-8451
dfrulla@kelleydrye.com
sgehan@kelleydrye.com

*Attorneys for Plaintiff*

**FSF's Motion For Extension – Page 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FISHERIES SURVIVAL FUND,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-01220 (EGS) |
| ) | |
| **CARLOS GUTIERREZ, in his official capacity as** ) | |
| **Secretary of Commerce,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

    Having considered the Fisheries Survival Fund's  Fisheries Survival Fund's Motion for Extension of Stay and for Additional Time to File Joint Status Report, it is hereby ORDERED this ___ day of _____, 2008, that the parties will file a Joint Case Management Plan no later than June 16, 2008.

Dated: _____         _____
                                                                                    Hon. Emmet G. Sullivan
                                                                                  United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was e-filed on May 14, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ David E. Frulla   .