UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CARLOS GUTIERREZ, in his official capacity as  )<br>Secretary of Commerce,  )<br>)<br>Defendant.  )<br>) | Civil No. 07-01220 (EGS) |

**FISHERIES SURVIVAL FUND'S UNOPPOSED MOTION FOR EXTENSION OF STAY AND FOR ADDITIONAL TIME TO FILE JOINT STATUS REPORT**

On May 15, 2008, by Minute Order, this Court granted Plaintiff's unopposed Motion for Extension of Time to Stay Case, staying the case through June 16, 2008, by which time the Court directed the parties to file a joint case management plan if a settlement has not been reached. By this filing, Plaintiff respectfully moves this Court to continue the stay and reset the deadline for filing the joint case management plan to August 15, 2008.

As noted in the parties' Joint Stipulation of April 8, 2008, (Doc. No. 13), Defendant issued a new rule on April 2, 2008, in accordance with the Joint Meet and Confer Statement and Proposed Case Management Plan of October 12, 2007 (Doc. No. 8). Plaintiff has reviewed the new rule and is endeavoring to resolve one particular issue of concern with the Defendant. In order to foster these discussions, Plaintiff respectfully requests additional time in order to hopefully resolve the remaining outstanding issue without the need for further litigation. Plaintiff's counsel has discussed this motion with counsel for Defendant, who does not object.

For the reasons enumerated above, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted this 13th day of June, 2008.

| | |
|---|---|
| RONALD J. TENPAS | /s/ David E. Frulla____ |
| Assistant Attorney General | David E. Frulla |
| JEAN WILLIAMS, Chief | (D.C. Bar. No. 414170) |
| LISA L. RUSSELL, Assistant Chief | Shaun M. Gehan |
| | (D.C. Bar No. 483720) |
| /s/ Rebecca J. Riley, by permission | Kelley Drye & Warren LLP |
| REBECCA J. RILEY, Trial Attorney | 3050 K Street, N.W., Suite 400 |
| IL Bar No. 6284356 | Washington, D.C. 20007 |
| U.S. Department of Justice | (202) 342-8400 (ph) |
| Environment & Natural Resources Division | (202) 342-8451 |
| Wildlife & Marine Resources Section | dfrulla@kelleydrye.com |
| Ben Franklin Station, P.O. Box 7369 | sgehan@kelleydrye.com |
| Washington, D.C. 20044-7369 | |
| Telephone: (202) 305-0202 | *Attorneys for Plaintiff* |
| Facsimile: (202) 305-0275 | |
| | |
| *Attorneys for Federal Defendant* | |

**Joint Motion For Extension – Page 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, in his official capacity as Secretary of Commerce,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 07-01220 (EGS) |

**[PROPOSED] ORDER**

Having considered Plaintiff's Unopposed Motion for Extension of Stay and for Additional Time to File Joint Status Report, it is hereby ORDERED this ___ day of _____, 2008, that the parties will file a Joint Case Management Plan no later than August 15, 2008.

Dated: _____          _____
                                                                        Hon. Emmet G. Sullivan
                                                                        United States District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was e-filed on June 13, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                                                                                      */s/ David E. Frulla*    .