UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CARLOS GUTIERREZ, in his official capacity as )<br>Secretary of Commerce, )<br> )<br>Defendant. )<br> ) | Civil No. 07-01220 (EGS) |

**FISHERIES SURVIVAL FUND'S UNOPPOSED MOTION FOR EXTENSION OF STAY AND FOR ADDITIONAL TIME TO FILE JOINT STATUS REPORT**

On June 16, 2008, by Minute Order, this Court granted Plaintiff's unopposed Motion for Extension of Time to Stay Case, staying the case through August 15, 2008, by which time the Court directed the parties to file a joint case management plan if a settlement has not been reached. By this filing, Plaintiff respectfully moves this Court to continue the stay and reset the deadline for filing the joint case management plan to November 25, 2008.

As noted in the parties' Joint Stipulation of April 8, 2008, (Doc. No. 13), Defendant issued a new rule on April 2, 2008, in accordance with the Joint Meet and Confer Statement and Proposed Case Management Plan of October 12, 2007 (Doc. No. 8). Plaintiff and Defendant have been engaging in a productive dialogue about certain aspects of the new rule and are optimistic that some accommodation may be able to be reached that would enable this matter to be settled without litigation. In order to provide the necessary time to finalize these discussions and initiate a process to resolve the issues, Plaintiff respectfully requests additional time. Plaintiff's counsel has discussed this motion with counsel for Defendant, who does not object.

For the reasons enumerated above, Plaintiff respectfully requests that the Court grant this Motion.

Respectfully submitted this 15th day of August, 2008.

| | |
|---|---|
| RONALD J. TENPAS<br>Assistant Attorney General<br>JEAN WILLIAMS, Chief<br>LISA L. RUSSELL, Assistant Chief<br><br>   /s/ Rebecca J. Riley, by permission<br>REBECCA J. RILEY, Trial Attorney<br>IL Bar No. 6284356<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0202<br>Facsimile: (202) 305-0275<br><br>***Attorneys for Federal Defendant*** | /s/ David E. Frulla<br>David E. Frulla<br> (D.C. Bar. No. 414170)<br>Shaun M. Gehan<br>(D.C. Bar No. 483720)<br>Kelley Drye & Warren LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C. 20007<br>(202) 342-8400 (ph)<br> (202) 342-8451<br>dfrulla@kelleydrye.com<br>sgehan@kelleydrye.com<br><br>***Attorneys for Plaintiff*** |

**Joint Motion For Extension – Page 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FISHERIES SURVIVAL FUND,      )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CARLOS GUTIERREZ, in his official capacity as )<br>Secretary of Commerce,        )<br>                              )<br>     Defendant.              )<br>                              ) | Civil No. 07-01220 (EGS) |

**[PROPOSED] ORDER**

Having considered Plaintiff's Unopposed Motion for Extension of Stay and for Additional Time to File Joint Status Report, it is hereby ORDERED this ___ day of _____, 2008, that the parties will file a Joint Case Management Plan no later than November 25, 2008.

Dated: _____        _____
                                      Hon. Emmet G. Sullivan
                                      United States District Judge

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was e-filed on August 15, 2008, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

                <u>/s/ David E. Frulla .</u>